UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ILKB of CNY, et al,                                  Case Number: 19-cv-1064 MJD/ECW

          Plaintiffs,

v.

FranChoice, Inc., et al,

          Defendants.

## STIPULATION OF DISMISSAL

The above-captioned Plaintiffs, ILKB of CNY, LLC, CNY Kickboxing, LLC (as successor in interest), East Side Kickboxing, Inc., Theresa Ranieri (individually) and Bruno Ranieri (individually), and the above-captioned Defendants, FranChoice, Inc. and Jeff Shafritz, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  March 26, 2021        **CALIHAN LAW, PLLC**

                                            s/Robert B. Calihan_____
                                            Robert B. Calihan, Esq. (*admitted pro hac*)
                                            600 Reynolds Arcade Building
                                            16 East Main Street
                                            Rochester, New York 14614
                                            Telephone: (585) 232-5291
                                            Email: rcalihan@calihanlaw.com

~and~

**GARNER & GINSBURG, P.A.**

W. Michael Garner (#274914)
Erin C. Johnsen (#393594)
43 Main Street SE, Suite 500
Minneapolis, Minnesota 55414
Tel.: (612) 259-4800
Fax: (612) 259-4810
wmgarner@yourfranchiselawyer.com
ecjohnsen@yourfranchiselawyer.com

*ATTORNEYS FOR PLAINTIFFS*

Dated:  March 26, 2021         **SAPIENTIA LAW GROUP, PLLC**

s/Sonia Miller-Van Oort
Sonia Miller-Van Oort (#278087)
Ryan O. Vettleson (#312915)
Robin Wolpert (#310219)
Demetria Dyer (#0400676)
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Phone:  612-756-7100
Fax: 612-756-7101
soniamv@sapientialaw.com
ryanv@sapientialaw.com
robinw@sapientialaw.com
demetriad@sapientialaw.com

*ATTORNEYS FOR DEFENDANTS*

4815-5321-2130, v. 1