# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ILKB of CNY, et al, | Case Number: 19-cv-1064 MJD/ECW |
| Plaintiffs, | |
| v. | |
| FranChoice, Inc., et al, | |
| Defendants. | |

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____  BY THE COURT:

_____
Michael J. Davis
United States District Judge

4819-2342-4994, v. 1